# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTHONY WHITEWATER,<br><br>        Defendant. | 8:16CR195<br><br>JUDGMENT |

For the reasons set forth in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Defendant's Motion to Vacate under 28 U.S.C. § 2255, ECF No. 128, is denied;

2. Pursuant to Rule 11 of the Rules governing Section 2255 Proceedings, the Court denies a certificate of appealability; and

3. The Clerk will mail a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 12th day of June 2019.

                                        BY THE COURT:

                                        s/Laurie Smith Camp<br>
                                        Senior United States District Judge